# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NEW YORK

---------------------------------------------------x

**In Re:**
Michael Proscia
and Dianne Proscia

**Case Number** 16-41700-NHL
**Chapter** 7

**Adv. Proc. No:**
**Hearing Date:** July 12, 2017 @ 10:30AM

**Debtor(s)**
---------------------------------------------------x

## Proceeding Memorandum/Order

**Matter:** Loss Mitigation Status Hearing with creditor U.S. Bank Trust, N.A. Adjourned by the Court

**MOVANT/PARTIES:**

**COURT ACTION:**
- ☐ Granted
- ☐ Approved
- ☐ Moot
- ☐ Denied
- ☐ Denied Without Prejudice
- ☐ Withdrawn in Open Court
- ☐ Sustained
- ☐ Overruled
- ☐ Continued to: _____
- ☐ Proposed Order to be submitted by: _____
- ☐ Stipulation to be submitted by: _____
- ☐ Taken Under Advisement: _____

It is hereby Ordered, that the Loss Mitigation Status Hearing is Adjourned by the Court from May 23, 2017 at 11:00 A.M. to July 12, 2017 at 10:30 A.M.; it is further Ordered, that the Loss Mitigation period is extended to July 12, 2017; it is further Ordered, that the parties must file status reports with the Court by no later than 4:00 P.M. on July 5, 2017.

**Dated:** May 20, 2017
Brooklyn, New York

**Nancy Hershey Lord**
**United States Bankruptcy Judge**