# Notice Recipients

District/Off: 0207−1  User: nsmith  Date Created: 5/22/2017
Case: 1−16−41700−nhl  Form ID: pdf000  Total: 10

**Recipients of Notice of Electronic Filing:**
ust        Office of the United States Trustee        USTPRegion02.BR.ECF@usdoj.gov
tr         Alan Nisselson        anisselson@windelsmarx.com
aty        Rachel Blumenfeld        rblmnf@aol.com

TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db         Michael Proscia        70 Utopia Court        Staten Isalnd, NY 10304
cr         U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust c/o Caliber Home Loans, Inc.        Cohn & Roth        100 East Old Country Road        Mineola, NY 11501
lmgc       Jessie Hanak− Renteria        Caliber Home Loans, Inc        PO Box 619063        Dallas, TX 75261
8784346    Caliber Home Loans        1301 Wireless Way        Oklahoma, OK 73012
8784347    Caliber Home Loans        P O Box 24610        Oklahoma City, OK 73124
8784348    Caliber Home Loans        715 S Metropolitan        Oklahoma City, OK 73124
8784349    Caliber Loans        P O Box 619063        Dallas, TX 75261

TOTAL: 7